THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 3563, B. J. McLean, J., entered June 22, 1973.

*Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.